**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IRON MAIDEN HOLDINGS LTD.,

      Plaintiff,                          Case No.:  1:18-cv-6449

v.                                     Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Mary M. Rowland
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 20, 2018 [40] and November 28, 2018 [45], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|-----|-----------|
| 410 | mmmlllJJ |
| 338 | jiaqi258 |
| 317 | HomecnelD |
| 456 | sdtaoshengjiu |
| 386 | lutingstore |
| 470 | sunhua88 |
| 533 | YuanYeraan |
| 498 | weishengaijiejing |
| 375 | liuziqi79 |
| 544 | Zhuanmingstore |
| 245 | chenping92 |
| 396 | mantyview |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: August _20_, 2019          Respectfully submitted,


_Yi Bu_

Yi Bu (Bar No. 6328713)

JiangIP LLC

233 South Wacker Drive, 84th Floor

Chicago, Illinois 60606

Telephone: 312-283-8091

Email: yanling@jiangip.com

**_ATTORNEY FOR PLAINTIFF_**


Subscribed and sworn before me by Yi Bu, on this _20_ th day of August, 2019.

Given under by hand and notarial seal.


_Ollie B. Jones_

Notary Public

OFFICIAL SEAL
**OLLIE B. JONES**
Notary Public - State of Illinois
My Commission Expires 4/07/2022

State of _Illinois_

County of _Cook_